**Opinion issued April 8, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00468-CV

————————————

**FRANCISCO MEZA, FELIPE MEZA, RITA M. LEAL, RACHEL MEZA, ALBERT MEZA, PAUL MEZA, RAUL MEZA, LORENZO MEZA, GUADALUPE MEZA, AND ESTATE OF ISADOR MEZA, Appellants**

**V.**

**ROSA MESA, Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 955888**

---

## MEMORANDUM OPINION

Appellants in this appeal have neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding

Fees Charged in Civil Cases in the Supreme Court and the Courts of Appeals and Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138 (Tex. Aug. 28, 2007), *reprinted in* TEX. R. APP. P. app. A § B(1). Further, appellants have not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.